# HKP | HARFENIST KRAUT & PERLSTEIN LLP

> The Court adopts the parties' proposed briefing schedule. Defendants' opposition is due by **November 27, 2023**. Plaintiffs' reply is due by **December 11, 2023**.
>
> The Clerk of Court is directed to terminate ECF No. 46.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: November 27, 2023

**NEIL TORCZYNER**
Attorney at Law
DIRECT TEL.: 516.355.9612
DIRECT FAX: 516.355.9613
NTORCZYNER@HKPLAW.COM

November 13, 2023

United States District Court Judge Hon. Jennifer H. Rearden
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
<u>By: ECF</u>

  Re: Government Employees Insurance Company et al v. Sukheb Datta, MD et al
  Docket No. 22 CV 10531 (JHR)

Dear Judge Rearden:

  The firm of Rivkin Radler LLP represents Plaintiffs Government Employees Insurance Company et al (collectively GEICO). Defendants Gabriel Dassa, D.O. & Dassa Orthopedic Medical Services, P.C. are represented by Harfenist Kraut & Perlstein, LLP. Defendants Sukdeb Datta, M.D., Datta Endoscopic Surgery & Pain Center, LLC, Garden State Neuro Stimulation, LLC, Saddle Brook Anesthesia Associates, LLC and Surgistar Holdings, LLC d/b/a Saddle Brook Endoscopic & Orthopedic Surgery Center are represented by Mandelbaum Barrett, PC. Defendants Adjust for Life Chiropractic, P.C. and Darin Kaloz, D.C. are represented by the Law Offices of Peter Birzon. This letter is being submitted jointly by all parties to this action.

  As the Court may be aware, on October 31, 2023, GEICO submitted a motion seeking injunctive relief (Docket Entry #45). Please be advised that the attorneys for all sides have conferred and submit the instant letter as a briefing schedule for the motion which the parties would respectfully request that the Court So-Order:

  Defendants' Opposition to be submitted by November 27, 2023
  Plaintiffs' Reply to be submitted by December 11, 2023

  The parties thank the Court for its time and attention to this matter.

      Respectfully Submitted,
      HARFENIST KRAUT & PERLSTEIN, LLP
      By: *Neil Torczyner*
        Neil Torczyner

3000 Marcus Avenue, Suite 2E1
Lake Success, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 Westchester Avenue, Suite 415,
Purchase, NY 10577
T – 914.701.0800 F – 914-708-0808.