# THE SALLOUM LAW FIRM LLC

Christopher G. Salloum, Esq.
Licensed in New Jersey and New York

chris@thesalloumlawfirm.com

1700 State Route 23
Suite 210
Wayne, New Jersey 07470

(973) 319-6007 (main)
(973) 378.1144 (fax)

---

September 6, 2024

**VIA ECF**

The Honorable Ona T. Wang, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:**    ***GEICO* et al *v. Sukdeb Datta, M.D.*, et al.**
**Docket No. 1:22-cv-10531-JHR-OTW**

**Request for Pre-Motion Discovery Conference Pursuant to L. Civ. R. 37.2**

Dear Judge Wang:

We represent the interests of Skazka, LLC ("**Skazka**").  Yesterday, we were advised that Skazka is the subject of the subpoena duces tecum (the "**Subpoena**") issued to TD Bank, N.A. (the "**Bank**"), by the plaintiffs in the above-referenced matter (the "**Action**").  The Subpoena, which we have attached hereto as Exhibit A, is presently returnable on September 13, 2024.  Skazka is not a defendant in the Action.

By this letter, Skazka respectfully requests, pursuant to L. Civ. R. 37.2, that the Court forthwith schedule a pre-motion discovery conference regarding the Subpoena.  Unless an agreement is reached with the plaintiffs appropriately limiting the scope of the Subpoena, Skazka intends to file a motion pursuant to Fed. R. Civ. P. 45(d)(3) to quash or modify the subpoena, or, in the alternative, for a protective order under Fed. R. Civ. 26(c) on the basis, among other things, that the Subpoena impermissibly seeks the disclosure of an overly broad amount of confidential, proprietary, non-public, and largely irrelevant information regarding Skazka, a non-party to the Action.  Specifically, the Subpoena seeks "***all*** documents that are related to ***any*** account that has been maintained by Skazka LLC," from January 1, 2014, to the present, including, without limitation, "copies of ***all*** deposit and/or withdrawal slips, canceled checks, transaction statements, electronic fund transfers, wire transfers, account ledgers, account information and governance documents, corporate resolutions, signature cards, powers of attorney and ***all*** correspondence related to the accounts." (emphases added).

While Skazka does not object to TD Bank providing information concerning its financial transactions with the defendants in the Action, it will strongly object, by way of an appropriate

**THE SALLOUM LAW FIRM LLC**
The Hon. Ona T. Wang, U.S.M.J.| September 6, 2024| Page 2

application to the Court, to TD Bank's disclosure of any unrelated financial transactions and other information that have no bearing on the Action, and that are plainly confidential, nonpublic and proprietary to Skazka.

We have conferred with Christina Bezas, Esq., counsel for the plaintiffs, and Ms. Bezas has advised us that the plaintiffs will <u>not</u> agree to limit the scope of the Subpoena in any way.

Given the fast-approaching return date of the Subpoena and the significant prejudice that Skazka will suffer if all of the materials that the Subpoena is seeking—which will necessarily include information about Skazka's past and present clients that are not the defendants—are produced to plaintiffs without limitation, we respectfully request that the Court schedule a pre-motion discovery conference at its earliest convenience[1]. If an agreement is not reached at or before the conference, we respectfully request that the Court issue a scheduling order for the filing and briefing of Skazka's anticipated motion to quash or modify the Subpoena, or for an appropriate protective order. Skazka will fully brief the factual and legal bases for the relief that it will be seeking in its motion.

We thank the Court for its prompt attention to this correspondence. Should the Court require any additional information, we will endeavor to provide it.

Respectfully submitted,

**THE SALLOUM LAW FIRM LLC**
Attorney for Skazka, LLC

By: _____
        Christopher G. Salloum

---

[1]    Skazka's counsel is unavailable, due to prior commitments on other matters, on Tuesday, September 10, 2024, and after 4 pm on Wednesday, September 11, 2024, but is otherwise available at the Court's convenience.