**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
GOVERNMENT EMPLOYEES INSURANCE :
COMPANY, et al., :
: 22-cv-10531 (OTW)
:
Plaintiffs, :
: **ORDER**
:
-against- :
:
SUKDEB DATTA, M.D. et al., :
:
Defendants. :
:
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF Nos. 95 and 96.

The Court will hold a status conference in this matter on **Tuesday, October 1, 2024, at 10:00 a.m., in Courtroom 20D, 500 Pearl Street, New York, NY 10007**. Counsel for all parties and counsel for non-party Skazka, LLC ("Skazka") are directed to appear. The parties are directed to file a joint proposed agenda for the conference by **Thursday, September 26, 2024**.

The parties should be prepared to discuss what discovery has been done, what discovery remains outstanding, and how they plan to complete that discovery in a timely manner. Plaintiffs and Skazka should also be prepared to discuss Plaintiffs' subpoena to Skazka, including why the discovery sought is or is not relevant to the claims or defenses in this action and is or is not proportional to the needs of this case.

The deadline for fact and expert discovery is extended from September 24, 2024 to **Tuesday, October 1, 2024**.

The Clerk of Court is respectfully directed to close ECF Nos. 88 and 92.

**SO ORDERED.**

Dated: September 12, 2024
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge