UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SUKDEB DATTA, M.D., *et al.*, <br><br> Defendants | Civil Action No. 1:22-cv-10531-JHR-OTW <br><br> **CONSENT ORDER** |

**THIS MATTER**, having come before the Court on the anticipated application of non-party Skazka, LLC ("**Skazka**") for an order quashing or limiting that certain subpoena duces tecum (the "**Subpoena**") that the Plaintiffs in the above-captioned matter issued to TD Bank, N.A., seeking records pertaining to Skazka, and the Plaintiffs and Skazka, having reached an agreement as set forth on the record on October 1, 2024, to limit the scope of the Subpoena and resolve the dispute regarding the same, and the Court, finding that good cause otherwise exists to enter the within Order:

**IT IS THEREFORE**, on this **4th** day of October 2024, **ORDERED** as follows:

1. The scope of the Subpoena shall be limited to only those records concerning the named defendants (the "**Defendants**") in the above-captioned matter or their employees, including records regarding: (i) financial transactions between Skazka and the Defendants or any entities known to Skazka to be owned by any of the Defendants in whole or in part; (ii) financial transactions between Skazka and the owners or landlords of any premises from which the Defendants operated; and (iii) outgoing payments, if any, made to (a) any of the Defendants; (b)

any entities known to Skazka to be owned by any of the Defendants in whole or in part; and (c) any other individual or entity in furtherance of any agreements between Skazka and any of the Defendants, except for payments made to Skazka's employees.

2. TD Bank is directed to produce the responsive documents to counsel for Skazka. Counsel for Skazka will then produce the documents in appropriately redacted form to the Plaintiffs' counsel. Skazka's counsel shall produce the records within three weeks of his receipt of records from TD Bank, without prejudice to his right to request additional time with the consent of Plaintiffs' counsel, or from the Court if such consent is withheld.

3. All information produced to the plaintiffs pursuant to the Subpoena shall be subject to the provisions of the protective order that the Court entered in this matter on February 13, 2024 (ECF No. 62), and Skazka shall have all rights therein afforded to a party as if Skazka were a party in this matter.

IT IS SO ORDERED.

_____
Ona T. Wang, **Oct. 4, 2024**
United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within Order.

| | |
|---|---|
| **RIVKIN RADLER LLP** | **THE SALLOUM LAW FIRM LLC** |
| Attorneys for Plaintiffs | Attorney for Skazka |
| | |
| By: __/s/ Max Gershenoff_____ | By: __/s/ Christopher G. Salloum__ |
| Max Gershenoff, Esq. | Christopher G. Salloum, Esq. |