# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY COMPANY,<br><br>                           Plaintiffs,<br>        -against-<br><br>SUKDEB DATTA, M.D., DATTA ENDOSCOPIC SURGERY & PAIN CENTER, L.L.C., GARDEN STATE NEURO STIMULATION, L.L.C., SADDLE BROOK ANESTHESIA ASSOCIATES, L.L.C., SURGISTAR HOLDINGS, L.L.C. d/b/a SADDLE BROOK ENDOSCOPIC & ORTHOPEDIC SURGERY CENTER, GABRIEL DASSA, D.O., DASSA ORTHOPEDIC MEDICAL SERVICES, P.C., DARRIN KALOZ, D.C., and ADJUST FOR LIFE CHIROPRACTIC, P.C.,<br><br>                           Defendants. | Case No.: 1:22-cv-10531-JHR<br><br>**NOTICE OF DEPOSITION** |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "GEICO" or "Plaintiffs"), will take the deposition of **Defendant Gabriel Dassa, D.O.**, whose last known address is: 813 Allerton Avenue, Bronx, New York, 10467-8391, on the 14th day of November 2024 at 9:00AM, via videoconferencing.[1] The deposition will continue from day to day thereafter until completed. The deposition will be taken before a notary public or some other officer duly authorized to administer oaths pursuant to the laws and rules of this Court who will record the deposition stenographically.

---

[1] GEICO will provide the videoconferencing access information at a later date.

1

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs reserve their right to take further depositions of the above-referenced Defendant as appropriate.

Dated: October 10, 2024

/s/ Christina Bezas
Barry I. Levy, Esq.
Max Gershenoff, Esq.
Christina Bezas, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
Telephone: (516) 357-3000
Facsimile: (516) 357-3333

*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*

TO: Michael Scott Kivowitz, Esq.
Mohamed Nabulsi, Esq.
Mandelbaum Barrett, P.C.
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
mkivowitz@mblawfirm.com
mnabulsi@mblawfirm.com

Steven Jay Harfenist, Esq.
Jake Lader, Esq.
Harfenist Kraut & Perlstein, LLP
3000 Marcus Avenue, Suite 2E1
Lake Success, NY 11042
sharfenist@hkplaw.com
jlader@hkplaw.com

Peter Marc Birzon, Esq.
Peter Birzon & Associates, P.C.
400 Jericho Turnpike, Suite 100
Jericho, NY 11753
pbirzon@pbalaw.net
4885-7753-2398, v. 1

2