**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
GOVERNMENT EMPLOYEES INSURANCE  :
COMPANY, et al., :
: 22-cv-10531 (OTW)
                          Plaintiffs, :
: **ORDER**
               -against- :
:
SUKDEB DATTA, M.D. et al., :
:
                         Defendants. :
:
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Defendants are directed to respond to ECF 121 by **Wednesday, January 15, 2025** indicating their position on Plaintiffs' proposed motion to amend their complaint.

**SO ORDERED.**

Dated: January 13, 2025
      New York, New York

                                                         _s/ Ona T. Wang_
                                                            **Ona T. Wang**
                                               United States Magistrate Judge