**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
GOVERNMENT EMPLOYEES INSURANCE                              :
COMPANY, et al.,                                            :
                                                            :     22-cv-10531 (OTW)
                         Plaintiffs,                        :
                                                            :           ORDER
         -against-                                          :
                                                            :
SUKDEB DATTA, M.D. et al.,                                  :
                                                            :
                         Defendants.                        :
                                                            :
                                                            :
------------------------------------------------------------x
```

    **ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 121 and 123.

Accordingly, the following briefing schedule will apply to Plaintiffs' anticipated motion to amend their complaint:

- Plaintiffs' opening papers are due **January 24, 2025**.
- Defendants' opposition, if any, is due **January 31, 2025**.
- Plaintiffs' reply is due **February 5, 2025**.

There will be no extensions.

    **SO ORDERED.**

                                                                                         *s/ Ona T. Wang*

Dated: January 15, 2025                                                 **Ona T. Wang**
      New York, New York                                    United States Magistrate Judge