**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
GOVERNMENT EMPLOYEES INSURANCE :
COMPANY, et al., :
: 22-cv-10531 (OTW)
:
Plaintiffs, :
: **ORDER**
:
-against- :
:
SUKDEB DATTA, M.D. et al., :
:
Defendants. :
:
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

In light of Plaintiffs amendment of their complaint (*see* ECF 140), the Datta Defendants' motion to dismiss the original complaint (ECF 81) is denied as moot.

The Clerk of Court is respectfully directed to close ECF 81.

**SO ORDERED.**

                                                                          *s/ Ona T. Wang*
Dated: March 25, 2025                                           **Ona T. Wang**
       New York, New York                                 United States Magistrate Judge

1