**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
GOVERNMENT EMPLOYEES INSURANCE :
COMPANY, et al., :
: 22-cv-10531 (OTW)
               Plaintiffs, :
: **ORDER**
       -against- :
:
SUKDEB DATTA, M.D. et al., :
:
              Defendants. :
:
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 146.

Counsel for the Datta Defendants is directed to file a declaration under seal explaining why they seek leave to withdraw as counsel by **Wednesday, April 2, 2025**.  Counsel's declaration should describe with specificity the issues referenced in ECF 146-1 at ¶¶ 9–15.

**SO ORDERED.**

                                                   *s/ Ona T. Wang*
Dated: March 28, 2025                                    **Ona T. Wang**
      New York, New York                   United States Magistrate Judge