**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
GOVERNMENT EMPLOYEES INSURANCE :
COMPANY, et al., :
: 22-cv-10531 (OTW)
:
Plaintiffs, :
: **ORDER**
:
-against- :
:
SUKDEB DATTA, M.D. et al., :
:
Defendants. :
:
:
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF Nos. 188, 189, 190, 191, 192, and 193.

It has come to the Court's attention that Plaintiffs have voluntarily dismissed all claims in this action against Skazka LLC, Arthur Kostanian, and Sergey Denevich. (*See* ECF Nos. 188, 192). Accordingly, if the parties wish the Court to reconsider her recommendation that the case be reassigned to Judge Rearden, they may file a joint letter motion for reconsideration by **Monday, July 7, 2025**.

**SO ORDERED.**

Dated: June 30, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge