**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
GOVERNMENT EMPLOYEES INSURANCE                              :
COMPANY, et al.,                                            :
                                                            :     22-cv-10531 (OTW)
                              Plaintiffs,                   :
                                                            :     **ORDER**
          -against-                                         :
                                                            :
SUKDEB DATTA, M.D. et al.,                                  :
                                                            :
                              Defendants.                   :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 196.

The parties' request for a conference is **GRANTED**.  The parties' request to hold in abeyance the deadlines for motions for summary judgment and motions to exclude expert testimony is also **GRANTED**.

Accordingly, the Court will hold a status conference in this matter on **Tuesday, July 29, 2025, at 10:00 a.m., in Courtroom 20D, 500 Pearl Street, New York, NY 10007**.  The parties are directed to file a joint proposed agenda for the conference by **Thursday, July 24, 2025**, which agenda should include a proposed briefing schedule for the parties' anticipated motions.  The parties should come to the conference prepared to discuss: Plaintiffs' motion to stay and enjoin Defendants' collections proceedings (ECF 173); what discovery has been done; what discovery remains outstanding; how they plan to complete that discovery in a timely manner; and any other anticipated motion practice.

The Clerk of Court is respectfully directed to close ECF 196.

**SO ORDERED.**

Dated: July 16, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge