

**CHRISTINA M. BEZAS**
PARTNER
(516) 357-3047
christina.bezas@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**MEMO ENDORSED.**

July 22, 2025

The Parties' application is **GRANTED**. The conference is **ADJOURNED** to August 21, 2025 at 11:00am.

**SO ORDERED.**

_____
Ona T. Wang     July 23, 2025
U.S.M.J.

**BY ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re:   *Government Employees Insurance Company, et al. v. Sukdeb Datta M.D., et al.*
      Docket No.: 1:22-cv-10531-OTW

Dear Magistrate Judge Wang:

    We represent Plaintiffs Government Employees Ins. Co., et al. (collectively, "GEICO") in the above-referenced matter, and together with counsel for Defendants Sukdeb Datta, M.D., Datta Endoscopic Surgery & Pain Center, L.L.C., Garden State Neuro Stimulation, L.L.C., Saddle Brook Anesthesia Associates, L.L.C., Surgistar Holdings, L.L.C. d/b/a Saddle Brook Endoscopic & Orthopedic Surgery Center, Gabriel Dassa, D.O., Dassa Orthopedic Medical Services, P.C., Darrin Kaloz, D.C., and Adjust For Life Chiropractic, P.C. (collectively, "Defendants", and together, with Plaintiffs, the "Parties") – we respectfully and jointly request an adjournment of the conference currently scheduled for July 29, 2025. See ECF No. 198.

    There is good cause for this request. Lead counsel for Plaintiffs has a family event for his daughter and will be out of town on July 29, 2025. Thus, the Parties respectfully request that the conference be adjourned to August 11, 2025 (after 11:00AM), August 13, 2025, or a date thereafter that is convenient for the Court.[1]

    We appreciate the Court's attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

/s/ *Christina M. Bezas*
Christina M. Bezas

cc:   All Counsel of Record (via ECF)

---

[1] Counsel for Defendants Kaloz and Adjust for Life is unavailable August 14, 2025.

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287 2460 F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925 F 904.467.3461

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777