**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
GOVERNMENT EMPLOYEES INSURANCE :
COMPANY, et al., :
: 22-cv-10531 (OTW)
Plaintiffs, :
: **ORDER**
-against- :
:
SUKDEB DATTA, M.D. et al., :
:
Defendants. :
:
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on August 21, 2025.  As **ORDERED** at the August 21 conference:

- Fact discovery is hereby extended *nuc pro tunc* until **November 21, 2025**. No further extensions will be given without good cause shown.
- The parties are directed to file a joint status letter on the docket on **September 26, 2025**, and on the last business Friday of each month thereafter, apprising the Court on the status of discovery.
- The parties are further directed to file a proposed briefing schedule for their anticipated motion(s) for summary judgment on the docket by **August 28, 2025,**

**SO ORDERED.**

Dated: August 22, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge