**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al.,

                            Plaintiffs,

              -against-

SUKDEB DATTA, M.D. et al.,

                      Defendants.

----------------------------------------------------------x

22-cv-10531 (OTW)

**ORDER**

       **ONA T. WANG, United States Magistrate Judge:**

       The Court has reviewed the parties' joint request to extend the current discovery deadlines in light of their pending mediation. (ECF 211). The Court finds that the parties have shown good cause as required for an extension. (*See* ECF 202). Accordingly, this case is **STAYED** pending the outcome of mediation. The parties are directed to file a joint status letter on the docket no more than 14 business days after mediation concludes and no later than **December 19, 2025**, if mediation is not concluded.

       In light of the foregoing, Third-Party Skazka LLC's motion for a conference concerning a discovery dispute (ECF 206) and Plaintiffs' pending motion to stay Defendants' collection proceedings (ECF 173) are **DENIED AS MOOT**.

The Clerk of Court is respectfully directed to close ECF Nos. 173 and 211.

**SO ORDERED.**


Dated: October 27, 2025                      _/s/ Ona T. Wang_
       New York, New York                   **Ona T. Wang**
                                      United States Magistrate Judge