

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**MAX GERSHENOFF**
PARTNER
(516) 357-3444
max.gershenoff@rivkin.com

March 27, 2026

**BY ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

   Re: *Government Employees Insurance Company, et al. v. Sukdeb Datta M.D., et al.*
     Docket No.: 1:22-cv-10531-OTW

Dear Judge Wang:

   We represent Plaintiffs Government Employees Ins. Co., et al. (collectively, "GEICO") in the above-referenced matter, and together with counsel for Defendants Sukdeb Datta, M.D., Datta Endoscopic Surgery & Pain Center, L.L.C., Garden State Neuro Stimulation, L.L.C., Saddle Brook Anesthesia Associates, L.L.C., Surgistar Holdings, L.L.C. d/b/a Saddle Brook Endoscopic & Orthopedic Surgery Center, Gabriel Dassa, D.O., and Dassa Orthopedic Medical Services, P.C. (the "Datta/Dassa Defendants", and together, with Plaintiffs, the "Parties") – we respectfully submit this joint status report pursuant to the Court's March 23, 2026 Order. See ECF No. 220.

   The Parties do not currently have any mediation sessions scheduled. However, the Parties have been engaging in ongoing settlement discussions and are making meaningful progress towards settlement. The Parties will continue their efforts to reach a settlement. In the next 30 days, the Parties anticipate being able to advise the Court whether we have reached a settlement

   We appreciate the Court's attention to this matter.

       Respectfully submitted,

       RIVKIN RADLER LLP

       */s/ Max Gershenoff*
       Max Gershenoff

cc: All Counsel of Record (via ECF)

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 601
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925 F 904.467.3461

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777