**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

GOVERNMENT EMPLOYEES INSURANCE COMPANY, *et al.,*

Plaintiffs,

-against-

SUKDEB DATTA, M.D. *et al.,*

Defendants.

-----------------------------------------------------------x

22-cv-10531 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

**ORDERED** that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 28, 2025
New York, New York